UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUIS PURCELL, Individually and on Behalf of all Others Similarly Situated,<br><br>                                      Plaintiff,<br><br>- against -<br><br>GALLINA MEAT CORP. d/b/a Ideal Foods,<br><br>                                      Defendant. | 1:16-cv-02066-PKC-RML<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

      **IT IS HEREBY STIPULATED AND AGREED**, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and between the undersigned, the attorneys of record for all the parties who have appeared in the above-entitled action, that whereas no party who has appeared is an infant or incompetent person for whom a committee has been appointed and no person not a party who has appeared has an interest in the subject matter of the action, the above entitled action be, and the same hereby is dismissed with prejudice, as against the Defendant, without costs to any party as against any other except if otherwise provided in any applicable settlement agreement.

      **IT IS FURTHER STIPULATED AND AGREED** that this stipulation may be executed in counterparts and that a facsimile or electronic signature shall be deemed as an original.

      **IT IS FURTHER STIPULATED AND AGREED** that this stipulation may be filed without further notice with the clerk of the court.

Dated:    June 9, 2017
               North Bellmore, New York

Dated:    June 9, 2017
               New York, New York

LAW OFFICES OF JAMES E. BAHAMONDE, PC

By: _____
James E. Bahamonde
2501 Jody Court
North Bellmore, NY 11710
Ph. 516.783.9662
Fax. 646.435.4376
james@civilrightsny.com
*Attorneys for Plaintiff Daniel M. Sofia*

GORDON & REES, LLP

By: _____
Mark A. Beckman
David J. Grech
One Battery Park Plaza, 28th Floor
New York, NY 10004
Ph. 212.269.5500
Fax. 212.269.5505
mbeckman@gordonrees.com
dgrech@gordonrees.com
*Attorneys for Defendant*